**Order filed June 28, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00187-CV
_____

### RICHARD JADOOSINGH, Appellant

### V.

### TARA NGL PIPELINE COMPANY, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1102402**

## ORDER

On June 15, 2018, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1

Accordingly, we strike appellant's brief filed June 15, 2018, and we order appellant to file a brief that complies with the Texas Rules of Appellate Procedure **within ten days** of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38.1, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.